■ In the Matter of HARRY E. CAMPBELL et al., Appellants, v GEORGE WOLF et al., Respondents, and JEAN H. TUTHILL et al., Respondents-Respondents.—Judgment of the Supreme Court, Suffolk County, dated August 1, 1985, affirmed, without costs or disbursements, for the reasons stated by Justice Murphy at Special Term. Mollen, P. J., Mangano, Thompson, Rubin and Lawrence, JJ., concur.